UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY FIRAT,<br><br>    Plaintiff,<br><br>    v.<br><br>JANUARY TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No.  1:22-cv-00993-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL<br><br>(ECF No. 7) |

On August 29, 2022, Plaintiff filed a notice of voluntary dismissal (ECF No. 7), with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has not filed an answer or motion for summary judgment. Therefore, this action has been terminated with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

    Dated:   **August 30, 2022**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1